

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| PEDRO LOPEZ, | § | No. 08-16-00239-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D05658) |
|  | § |  |

# O R D E R

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **May 26, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louis Elias Lopez, Jr., Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 26, 2017.

IT IS SO ORDERED this 27th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.